IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM JUNKERT, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-0446-M (BT) |
| | § | |
| LASALLE, | § | |
|     Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been filed in the form of an "appeal," I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the plaintiff's complaint will be **DISMISSED with prejudice** under 28 U.S.C. §§ 1915A and 1915(e)(2)(B).

**SO ORDERED this 10th day of June, 2022**.

BARBARA M. G. LYNN
CHIEF JUDGE